Abran E. Vigil
Nevada Bar No. 7548
Holly Ann Priest
Nevada Bar No. 13226
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
priesth@ballardspahr.com

*Attorneys for Defendants Diamond Resorts International, Inc.; Diamond Resorts U.S. Collections Development, LLC; and Diamond Financial Services, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEE F. BENSON, an individual, and BEVERLY E. BENSON, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>DIAMOND RESORTS INTERNATIONAL, INC., a Delaware corporation; DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, a Delaware limited liability company; DIAMOND FINANCIAL SERVICES, INC., a Nevada Corporation; BARCLAYS BANK DELAWARE, a Delaware corporation; DOES I through X, inclusive; and ROE CORPORATION I through XX, inclusive,<br><br>Defendants. | Case No. 2:20-cv-01069-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (FIRST REQUEST)** |

Diamond Resorts International, Inc. ("DRI"), Diamond Resorts U.S. Collection Development, LLC ("DRUCD"), and Diamond Financial Services, Inc. ("DFS") (together, "Diamond") and Plaintiffs Lee F. Benson and Beverly E. Benson stipulate

[Continued on next page.]

and agree that Diamond has up to and including June 29, 2020 to respond to Plaintiff's Complaint (ECF No. 1). The parties are currently discussing alternative dispute resolution and the brief extension will give the parties adequate time to continue discussions.[1]

This is the first request for an extension, and it is made in good faith and not for purposes of delay.

DATED this 18th day of June, 2020.

| ABRIGHT, STODDARD, WARNICK & ALBRIGHT | BALLARD SPAHR LLP |
|---|---|
| By: /s/ Jorge L. Alvarez<br>Mark Albright, Esq.<br>Nevada Bar No. 1394<br>Jorge L. Alvarez, Esq.<br>Nevada Bar No. 14466<br>801 So. Rancho Dr., Suite D-4<br>Las Vegas, NC 89106 | By: /s/ Holly Ann Priest<br>Abran E. Vigil<br>Nevada Bar No. 7548<br>Holly Ann Priest, Esq.<br>Nevada Bar No. 13226<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 |
| *Attorneys for Plaintiffs Lee Benson and Beverly Benson* | *Attorneys for Defendants Diamond Resorts International, Inc.; Diamond Resorts U.S. Collections Development, LLC; and Diamond Financial Services, Inc.* |

IT IS SO ORDERED

DATED: 11:07 am, June 22, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

---

[1] By filing this Stipulation, Diamond is not waiving any defense, affirmative or otherwise, it may have in this matter.